04-15-00248-CV

ACCEPTED
04-15-00248-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 5:05:07 PM
KEITH HOTTLE
CLERK

## CAUSE NO. 2014-CI-13218

| | | |
|---|---|---|
| SA AMERICAN DREAM VACATIONS, LLC, D/B/A AMERICAN DREAM VACATIONS, | § § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § § | |
| v. | § § | 288TH JUDICIAL DISTRICT |
| SHARED PEER HOLDINGS, LLC, D/B/A RVSHARE.COM, | § § § § | |
| *Defendant.* | § | BEXAR COUNTY, TEXAS |

FILED
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
4/23/2015 5:05:07 PM
KEITH E. HOTTLE
Clerk

### DEFENDANT'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

Defendant, Shared Peer Holdings, LLC d/b/a RVShare.com, in the above-referenced cause, gives notice of intent to appeal the District Court's Order Granting Nonsuit of January 9, 2015 to the extent the January 9, 2015 Order is considered a final judgment disposing of all claims. This appeal is taken to the Fourth Court of Appeals in San Antonio, Texas.

Respectfully submitted,

John C. Cave
State Bar No. 00783812
GUNN, LEE & CAVE, P.C.
300 Convent, Suite 1080
San Antonio, TX 78205
Telephone: (210) 886-9500
Facsimile: (210) 886-9883
Email: john.cave@gunn-lee.com

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 APR 23 PM 3:02
DEPUTY
BY

Jon A. Troyer (*pro hac vice*)
Ohio Attorney Registration No. 0080888
EMERSON THOMSON BENNETT
1914 Akron-Peninsula Road
Akron, OH 44313
Telephone: (330) 434-9999
Facsimile: (330) 434-8888
Email: jat@etblaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE
Cause No: 2014-CI-13218

I hereby certify that a copy of the foregoing **Notice of Appeal** was served this the 23rd day of April 2015, in accordance with Rule 21a, Tex. R. Civ. P. upon the following person(s):

Keith P. Miller, Esq.
Megan H. Kucera, Esq.
Law Offices of Keith P. Miller
14350 Northbrook, Suite 150
San Antonio, Texas 78232
(210) 524-9040
(210) 267-2982 (fax)
kmiller@kpmlawpc.com
megan@kpmlawpc.com

**ATTORNEYS FOR PLAINTIFF**

_____
John C. Cave